## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| : | **CASE NO:** |
| v. : | **7:23-cr-65 - WLS-ALS-19** |
| **HAROLD McKENNELY GRAY,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On December 17, 2025, the Court held Defendant's initial sentencing hearing. At the hearing, counsel for Defendant requested that the hearing be continued so Defendant can take steps to interview with the Government so he might be Safety Valve eligible. *See* U.S.S.G. § 5C1.2(a)(5). Defense Counsel stated that a continuance of the sentencing hearing to January 2025 should be sufficient time for Defendant to complete the requirements for Safety Value eligibility, and Government's counsel was not opposed to the continuance. The Court granted Defendant's oral motion.

The Court is required to "impose a sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). Defendant entered a plea of guilty on September 18, 2024 (Doc. 473).

Based on the foregoing, Defendant's sentencing hearing is rescheduled to **Thursday, February 27, 2025, at 3:00 p.m.** in Albany, Georgia.

**SO ORDERED**, this 10th day of January 2025.

                                                         **/s/W. Louis Sands**
                                                         **W. LOUIS SANDS, SR. JUDGE**
                                                         **UNITED STATES DISTRICT COURT**